**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**CHON ELIOT ELLERBE,**

**Plaintiff,**

**-against-**

**COMMISSIONER OF SOCIAL SECURITY ADMINSTRATION,**

**Defendant.**

---------------------------------------------------------- x

**1:25-cv-3645 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff filed his complaint on May 1, 2025. (ECF No. 1). Defendant filed its motion to dismiss on July 11, 2025. (ECF No. 8). Defendant served the motion on Plaintiff that same day. (ECF Nos. 8 at 14).

To date, the Court has not received any submission in opposition from Plaintiff. The Court hereby notifies Plaintiff that if he does not submit a response to Defendant's motion **within 45 days of this Order**,[1] the Court will decide the motion to dismiss on the merits, without Plaintiff's response.

**SO ORDERED.**

**Dated:** July 14, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**

[1] Forty-five days from the date of the Order is Saturday, August 29, 2026. Because that is a weekend day, Plaintiff has until Monday, August 31, 2026, to file his opposition. See Fed. R. Civ. P. 6(a)(1)(C).